IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARID LEA, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | 21-cv-04494 |
| v. | Hon. Sarah L. Ellis |
| NATIONAL HOSPITALITY SERVICES, LLC and LOF2 TINLEY TRS, LLC, | |
| Defendants. | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT TO
ADD ADDITIONAL ALLEGATIONS REGARDING FACIAL RECOGNITION**

Plaintiff Jarid Lea ("Plaintiff") respectfully requests that the Court grant him leave to file the attached Amended Complaint. In support thereof, Plaintiff states as follows:

1. This is a putative class action case filed pursuant to the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 et seq. and removed to this Court pursuant to the Class Action Fairness Act ("CAFA").

2. On June 24, 2021, Plaintiff filed a Class Action Complaint in the Chancery Department of the Circuit Court of Cook County, Illinois alleging violations of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, et seq. ("BIPA").

3. On August 23, 2022, Defendants removed this case to Federal Court pursuant to the CAFA.

4. In the original Complaint, Plaintiff alleged that Defendants violated BIPA through the finger scan function on a timeclock used to track time worked.

5. With the benefit of additional discovery, Plaintiff seeks leave to file the attached Amended Complaint with allegations that Defendants also collected biometric information through the use of facial recognition enabled on the same timeclock.

6. On August 23, 2022, Defendant took Plaintiff's deposition. During his deposition, Plaintiff testified that the timeclock at issue also took a photo of him when he scanned his fingerprint to clock in and out for the day.

7. On September 9, 2022, Defendant produced discovery that indicated Plaintiff's photographs were compared with photos on file using a facial recognition feature to confirm identity.

8. BIPA protects individual's privacy interest in their facial geometry. 740 ILC 14/1 et seq. Facial recognition without information consent conducted using photograph comparison has been found to potentially violate BIPA. *See Patel v. Facebook, Inc*., 932 F.3d 1264 (9th Cir. 2019) (Facebook's use of facial-recognition technology without users' informed consent potentially violated Illinois' BIPA). *See also Hogan v. Amazon.com, Inc.,* No. 21 C 3169, 2022 WL 952763, at *7 (N.D. Ill. Mar. 30, 2022). *Naughton v. Amazon.com, Inc*., No. 20-CV-6485, 2022 WL 19324, at *4 (N.D. Ill. Jan. 3, 2022).[1]

9. As a result, Plaintiff seeks to amend his complaint to add allegations regarding facial recognition with the timeclock at issue.

10. The Amended Complaint alleges that Defendants also collected biometric information of the Plaintiff's using a facial recognition system—by collecting a faceprint—in addition to a fingerprint scanning system.

---

[1] Additionally, Defendants' timeclock vendor entered into a BIPA class action settlement related to the facial recognition capability of its timeclocks. Jackson v. UKG - Home (ukgbipasettlement.com) (last visited Sept. 14, 2022).

11. Federal Rule of Civil Procedure 15(a) provides that leave to amend a pleading5 "shall be freely given when justice so requires." Courts routinely apply liberal standards when deciding a motion for leave to amend. Moore, *3-15 Moore's Federal Practice - Civil* § 15.14 ("A liberal, pro-amendment ethos dominates the intent and judicial construction of Rule 15(a)."); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987); *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962) (leave to amend should be freely given); *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981) (courts should be guided by policy favoring decisions on the merits "rather than on the pleadings or technicalities").

12. Counsel for Plaintiff has conferred with counsel for Defendants and engaged in initial discussions regarding the proposed amended pleading. Counsel for Defendants advised that they required more time to review the proposed amended pleading. Defendants had indicated an objection to Plaintiff's proposed Motion to Amend in the Joint Status Report filed on September 15, 2022 (Dkt. No. 34).

13. Plaintiff attached his proposed amended pleading as an exhibit to this Motion. *See* Exhibit A, clean version, and Exhibit B, redline version.

Wherefore, Plaintiff requests leave to file the attached Amended Complaint.

Date: September 16, 2022               Respectfully Submitted,

                                       */s/ Mara Baltabols*

                                       David Fish
                                       Mara Baltabols
                                       **FISH POTTER BOLAÑOS, P.C.**
                                       200 East Fifth Avenue, Suite 123
                                       Naperville, Illinois 60563
                                       630.355.7590
                                       630.778.0400
                                       dfish@fishlawfirm.com
                                       mara@fishlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/Mara Baltabols