# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jarid Lea

                       Plaintiff,

v.                                        Case No.: 1:21–cv–04494
                                        Honorable Sara L. Ellis

National Hospitality Services, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 13, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [44], Lea's individual claims are dismissed with prejudice pursuant to settlement agreement, and the putative class's claims without prejudice. Unless otherwise stated in the settlement agreement, each party to bear their own attorneys' fees and costs. All future dates and deadlines are stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.